IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00093-RMR

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. MALACHI ALCALA,

Defendant.

---

**NOTICE OF DISPOSITION**

---

Comes now Malachi Alcala through CJA counsel Richard J. Banta and gives Notice that he has reached a disposition with the government of the charges pending against him in this case. Mr. Alcala requests that this matter be set for a change of plea hearing.

Respectfully submitted,

s/*Richard J. Banta*
Richard J. Banta
501 S. Cherry Street
Suite 1100-mb11
Denver, CO 80246
303-860-8048
FAX:  303-333-1195
E-mail:  rjbanta@comcast.net
Attorney for Defendant
Malachi Alcala

1

2

CERTIFICATE OF SERVICE

I certify that on September 14, 2023 I electronically filed the foregoing Notice of Disposition with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                     *s/Richard J. Banta*
                                                   Richard J. Banta